

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Anderson Lee Upton,

Vs. No. 11-19-00025-CV

Tamara Kay Upton,

\* From the 106th District Court
of Gaines County,
Trial Court No. 17-05-17571.

\* January 22, 2021

\* Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Wright, S.C.J.,
sitting by assignment)
(Williams, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Anderson Lee Upton.